```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PEDRO LIZ,

                **Plaintiff,**

    -against-

THE AIRPLANE SHOP, INC.,

                **Defendant.**

-----------------------------------------------------------------X

23-CV-10871 (DEH)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    Defendant's response to Plaintiff's Complaint was due on January 19, 2024. To date, Defendant has not appeared or responded to Plaintiff's Complaint. Accordingly, Plaintiff is directed to file a letter with the Court, by February 2, 2024, as to whether counsel has had any contact with the Defendant or whether counsel intends to seek an Order of Default from the Clerk of Court and file a Motion for Default Judgment.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 26, 2024
                New York, New York